# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEJANDRO MOISES ACEVEDO, | : | Civil No. 1:20-CV-01679 |
| Petitioner, | : | |
| v. | : | |
| | : | Judge Jennifer P. Wilson |
| THOMAS DECKER and ANGELA HOOVER, | : | |
| Respondents. | : | Magistrate Judge Martin C. Carlson |

# ORDER

**AND NOW**, on this 13th day of January, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. The report and recommendation issued by United States Magistrate Judge Martin C. Carlson (Doc. 7) is **ADOPTED IN ITS ENTIRETY**.

2. Petitioner's objections (Doc. 8) are **OVERRULED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania